# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:10-cr-00338-JAM
     )
Travis Marshall Grey

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **Travis Marshall Grey**

Detained at (custodian): **Monroe Detention Center**

Detainee is:    a.)    ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
Charging Detainee with:
**Receipt and Distribution and Possession of Child Pornography; Failure to Register as a Sex Offender**

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    ☐ return to the custody of detaining facility upon termination of proceedings
or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **10/26/10** in the Eastern District of California.*

Signature: /s/ Carolyn K. Delaney
Printed Name & Phone No: **Carolyn K. Delaney/ (916) 554-2798**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **10/26/10**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

October 13, 2010      /s/ Gregory G. Hollows
Date      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | 104566 | DOB: | 09/15/1983 |
| Facility Address: | 2420 East Gibson Road | Race: | |
| | Woodland, CA 95776 | FBI #: | |
| Facility Phone: | 530-668-5245 | | |
| Currently Incarcerated for: | firearm offenses | | |

### RETURN OF SERVICE

Executed on _____ by _____
    (Signature)

Form Crim-48      Revised 11/19/97