DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRAVIS GREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAVIS GREY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-10-0338-JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: February 22, 2011 <br> Time: 9:30 a.m. <br> Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED between the parties, CAROLYN DELANEY, First Assistant United States Attorney, and DOUGLAS J. BEEVERS, Assistant Federal Defender, attorney for defendant TRAVIS GREY, that the status conference of January 25, 2011 at 9:30 a.m., be vacated, and the matter be set for status conference on February 22, 2011 at 9:30 a.m.

   The reason for the continuance is to allow the parties additional time to negotiate a resolution to the matter. AUSA Carolyn Delaney has no objection to this continuance. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of this Order, up to and including February 22, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: January 21, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
TRAVIS GREY

Dated: January 21, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Carolyn Delaney*

_____
By:  Carolyn Delaney
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.** It is ordered that time from the date of this Order, up to and including, the February 22, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:  January 21, 2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

Stip and Order                              -2-