```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CR No. S. 10-338 JAM
                                )
12           Plaintiff,         )
                                )
13       v.                     )
                                )
14  TRAVIS GREY,                )   STIPULATION AND ORDER
                                )
15                              )
             Defendant.         )
16  _____ )
```

17   IT IS HEREBY stipulated between the United States of America
18 through its undersigned counsel, Carolyn K. Delaney, Assistant
19 United States Attorney, together with the defendant and his
20 counsel, that the following property currently in the custody of
21 the government may be destroyed by the government:
22     1.   An Emachine computer tower;
23     2.   A Dell monitor;
24     3.   A thumb drive;
25 ///
26 ///
27 ///
28

        4.   A Computer tower.

Dated: May 19, 2011                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       U.S. Attorney

                                       /s/ Carolyn K. Delaney

                                       CAROLYN K. DELANEY
                                       Assistant U.S. Attorney

Dated: May 19, 2011                    /s/ Douglas Beevers

                                       DOUGLAS BEEVERS
                                       Attorney for
                                       TRAVIS GREY

**ORDER**

**IT IS HEREBY ORDERED:**   That the following property shall be destroyed:

    1.   An Emachine computer tower;
    2.   A Dell monitor;
    3.   A thumb drive;
    4.   A Computer tower.

Dated: 5/19/2011        /s/ John A. Mendez
                        Honorable John A. Mendez
                        United States District Court