JOSEPH SCHLESINGER, #87692
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRAVIS GREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.2:10-CR-0338 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE PRELIMINARY EXAMINATION |
| v. ) | |
| ) | |
| TRAVIS GREY, ) | Date:  February 15, 2013 |
| ) | Time:  2:00 p.m. |
| Defendant. ) | Judge: Hon. Kendall J. Newman |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, DAVID PETERSEN, Assistant United States Attorney, attorney for plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant TRAVIS GREY, that the Preliminary Hearing date of February 11, 2013 be vacated and a new Preliminary Hearing date of February 15, 2013 at 2:00 p.m. be set., pursuant to Federal Rule of Criminal Procedure 5.1 (d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1 (d) because defense counsel needs additional time to investigate the facts of the case.

IT IS STIPULATED that the period from the signing of this Order, up to and including February 15, 2013 be excluded in computing the time within which trial must commence under the Speedy Trial Act. The parties

stipulate and agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: February 8, 2013          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender


                                 */s/ Douglas Beevers*
                                 _____
                                 DOUGLAS BEEVERS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 TRAVIS GREY


Dated: February 8, 2013          BENJAMIN B. WAGNER
                                 United States Attorney


                                 */s/ Lee Bickley*
                                 _____
                                 LEE BICKLEY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


**ORDER**

**IT IS HEREBY ORDERED** that the Court finds good cause to extend the Preliminary Hearing from February 11, 2013 to February 15, 2013 at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1 (d). Based upon the representations and stipulations of the parties, the court finds that time be excluded under 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel)and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth under 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv). Accordingly, time under the Speedy

Stipulation/Order                -2-

1  Trial Act shall be excluded from the date of the parties stipulation,
2  February 8, 2013, up to and including February 15, 2013.
3  **IT IS SO ORDERED.**

5  Dated:   February 11, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation/Order                           -3-