```
JOSEPH SCHLESINGER, #87692
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRAVIS GREY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.2:10-CR-0338 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE REVOCATION HEARING |
| v. ) | |
| ) | |
| TRAVIS GREY, ) | Date:  April 9, 2013 |
| ) | Time:  9:45 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |
| ) | |
| _____ ) | |

    The parties request that the revocation hearing in this case be continued from March 12, 2013, to April 9, 2013 at 9:45 a.m.  They stipulate that the time between March 12, 2013 and April 9, 2013 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel needs additional time to review and investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated:  March 11, 2013                    Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender


                                          /s/ Douglas Beevers
                                          DOUGLAS BEEVERS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          TRAVIS GREY


Dated: March 11, 2013                     BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Lee Bickley
                                          LEE BICKLEY
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the revocation hearing presently set for March 12, 2013, be continued to April 9, 2013, at 9:45 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the April 9, 2013, revocation hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: March 11, 2013                     /s/ John A. Mendez
                                          Hon. John A. Mendez
                                          United States District Court Judge

Stipulation/Order                 -2-