```
1  JOSEPH SCHLESINGER, #87692
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TRAVIS GREY
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     )  No.2:10-CR-338 JAM
                                 )
12            Plaintiff,         )  STIPULATION AND ORDER
                                 )  TO CONTINUE REVOCATION HEARING
13       v.                      )
                                 )
14 TRAVIS GREY,                  )  Date:  May 7, 2013
                                 )  Time:  9:45 a.m.
15            Defendant.         )  Judge: Hon. John A. Mendez
                                 )
16 _____ )
```

17       The parties request that the revocation hearing in this case be
18 continued from April 9, 2013, to May 7, 2013 at 9:45 a.m.  They stipulate
19 that the time between April 9, 2013 and May 7, 2013 should be excluded
20 from the calculation of time under the Speedy Trial Act.  The parties
21 stipulate that the ends of justice are served by the Court excluding such
22 time, so that counsel for the defendant may have reasonable time
23 necessary for effective preparation, taking into account the exercise of
24 due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.
25 Specifically, defense counsel needs additional time to review and
26 investigate the facts of the case. The parties stipulate and agree that
27 the interests of justice served by granting this continuance outweigh the
28 best interests of the public and the defendant in a speedy trial. 18

U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: April 4, 2013                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TRAVIS GREY


Dated: April 4, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Lee Bickley
                                        LEE BICKLEY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the revocation hearing presently set for April 9, 2013, be continued to May 7, 2013, at 9:45 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the May 7, 2013, revocation hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: April 4, 2013                    /s/ John A. Mendez
                                        Hon. John A. Mendez
                                        United States District Court Judge


Stipulation/Order                -2-