HEATHER WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRAVIS GREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-0338 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE ADMIT/DENY HEARING |
| v. | ) | |
| TRAVIS GREY, | ) | Date: July 16, 2013 |
| | ) | Time: 9:45 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

The parties request that the admit/deny hearing in this case be continued from July 2, 2013, to July 16, 2013 at 9:45 a.m. They stipulate that the time between July 2, 2013 and July 16, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated:  June 28, 2013                    Respectfully submitted,

                                         HEATHER WILLIAMS
                                         Federal Defender


                                         /s/ Douglas Beevers
                                         DOUGLAS BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         TRAVIS GREY


Dated: June 28, 2013                     BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Lee Bickley
                                         LEE BICKLEY
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the admit/deny hearing presently set for July 2, 2013, be continued to July 16, 2013, at 9:45 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the July 16, 2013, admit/deny hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: June 28, 2013                     /s/ John A. Mendez
                                         Hon. John A. Mendez
                                         United States District Court Judge

Stipulation/Order                   -2-