# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**TRAVIS MARSHALL GREY**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:10CR00338 - 01**

DOUG BEEVERS, AFD
Defendant's Attorney

## THE DEFENDANT:

[✔]     admitted guilt to violation of charges  1 through 5  as alleged in the violation petition filed on  3/8/2013 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court:  [✔] revokes supervision heretofore ordered on   6/21/2011  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

12/17/2013
Date of Imposition of Sentence

/s/ John A. Mendez
Signature of Judicial Officer

**JOHN A. MENDEZ**, United States District Judge
Name & Title of Judicial Officer

12/19/2013
Date

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 2:10CR00338 - 01 | Judgment - Page 2 of 3 |
| DEFENDANT: | TRAVIS MARSHALL GREY | |

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | FAILURE TO REPORT CHANGE OF ADDRESS | 12/16/2012 |
| 2 | FAILURE TO REGISTER AND COMPLY WITH FEDERAL AND STATE SEX OFFENDER REQUIREMENTS | 12/16/2012 |
| 3 | UNAUTHORIZED POSSESSION AND USE OF COMPUTER | 1/28/2013 |
| 4 | UNAUTHORIZED CONTACT WITH A CHILD UNDER AGE 18 | 1/28/2013 |
| 5 | POSSESSION OF CHILD PORNOGRAPHY | 1/29/2013 |

AO 245B-CAED (Rev. 09/2011) Sheet 2 - Imprisonment

CASE NUMBER:     2:10CR00338 - 01                                    Judgment - Page 3 of 3
DEFENDANT:       TRAVIS MARSHALL GREY

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 MONTHS.   .

**IT IS ORDERED THAT THIS SENTENCE TO RUN CONSECUTIVELY WITH THAT SENTENCE IMPOSED IN 2:13CR00099 JAM.**

[]          No TSR: Defendant shall cooperate in the collection of DNA.

[✔]        The court makes the following recommendations to the Bureau of Prisons:
            The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords
            with security classification and space availability.

[✔]        The defendant is remanded to the custody of the United States Marshal.

[ ]        The defendant shall surrender to the United States Marshal for this district.
            [ ] at ___ on ___.
            [ ] as notified by the United States Marshal.

[ ]        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
            [ ] before _ on ___.
            [ ] as notified by the United States Marshal.
            [ ] as notified by the Probation or Pretrial Services Officer.
            If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                          _____
                                                          UNITED STATES MARSHAL


                                               By        _____
                                                                  Deputy U.S.  Marshal